CHRISTOPHER J. PASSARELLI, SBN 241174
JOY L. DURAND, SBN 245413
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122

*Attorneys for Plaintiff, Teeter-Totter, LLC*

JOHN F. OLSEN, SBN 157465
FERDINAND IP, LLC
800 West El Camino Real, Ste. 180
Mountain View, CA 94040
Telephone: (858) 412-4515

EDMUND J. FERDINAND, III *(pro hac vice)*
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523

*Attorneys for Defendants, Palm Bay International, Inc.;*
*Palm Wine Holdings, LLC; J Vineyards & Winery, LLC;*
*RB Wine Associates, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEETER-TOTTER, LLC, | CASE NO. 5:17-cv-06609-LHK |
| Plaintiff, | |
| vs. | **JOINT ADMINISTRATIVE MOTION UNDER  L.R. 6-3 TO EXTEND FACT & EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER** |
| PALM BAY INTERNATIONAL, INC., PALM WINE HOLDINGS, LLC, J VINEYARDS & WINERY LLC, RB WINE ASSOCIATES, LLC | |
| Defendants. | |
| PALM WINE HOLDINGS, LLC, | |
| Counterclaim Plaintiff, | |
| vs. | |
| TEETER-TOTTER, LLC, | |
| Counterclaim Defendant. | |

1

1    WHEREAS, on March 28, 2018, the Court entered a scheduling order in this

2  case setting January 31, 2019, as the close of fact discovery, and all subsequent deadlines, as

3  follows:

4

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | July 13, 2018 |
| Further Case Management Conference | August 1, 2018, at 2:00 p.m. |
| Deadline to Complete Court Mediation | September 28, 2018 |
| Close of Fact Discovery | January 31, 2019 |
| Opening Expert Reports | February 28, 2019 |
| Rebuttal Expert Reports | March 29, 2019 |
| Close of Expert Discovery | May 17, 2019 |
| Last Day to File Motion for Class Certification | June 20, 2019 |
| Hearing on Dispositive Motions | August 15, 2019, at 1:30 p.m. |
| Final Pretrial Conference | October 24, 2019, at 1:30 p.m. |
| Jury Trial | November 12, 2019, at 9:00 a.m. |
| Length of Trial | 5 days |

12    WHEREAS, on September 26, 2018, the parties filed STIPULATION TO ENLARGE

13  TIME FOR MEIDATION AND DISCOVERY, Dkt. No. 59, which was denied;

14    WHEREAS, on September 28, 2018, the parties filed STIPULATION TO ENLARGE

15  TIME FOR MEIDATION, Dkt. No. 61, to extend the deadline for the parties to conduct

16  mediation to October 31, 2018, which was granted by the Court's Order on October 1, 2018,

17  Dkt. No. 62.

18    WHEREAS, the parties have been diligently conducting discovery, including written

19  discovery requests and depositions of witnesses in connection with the matter since the

20  opening of Fact Discovery;

21    WHEREAS, on or around October 29, 2018 the parties concluded a court-supervised

22  mediation before Ian Feinberg without settling the matter;

23    WHEREAS on October 16, 2018, Plaintiff's counsel's suffered a death in the family,

24  followed by further complications arising from the widespread fires in Northern California,

25  which began on or around November 8, 2018 and ended on or around November 21, 2018;

26    WHEREAS, Counsel for the parties conferred on November 29, 2018, and agreed to

27  coordinate the remaining discovery and depositions in this matter over the months of January

28  and February, given witness availabilities and the intervening holidays;

1        WHEREAS, out of an abundance of caution, Counsel for the parties believe it would be

2  prudent to extend the deadline for fact discovery by an additional 60 days, to April 1, 2019;

3        WHEREAS, granting this motion will not change the Court's scheduled hearing dates

4  for dispositive motions, the final pretrial conference, or the jury trial.

5        WHEREAS, the parties agree that there is good cause to extend the affected deadlines

6  in the Court's existing scheduling order, otherwise substantial harm and/or prejudice may

7  result in that additional legal issues, facts and witnesses have come to light, and the parties

8  believe they may possibly not have sufficient time to conduct additional depositions and

9  written discovery and/or follow-up discovery without affordance of the extension to the fact

10  discovery cutoff.

11        NOW, THEREFORE, the parties hereby agree and request that the Court order as

12  follows:

13        1.  The close of fact discovery should be extended from January 31, 2019, to April

14  1, 2019.

15        2.  The deadline for opening expert reports should be extended from February 28,

16  2019, to March 29, 2019.

17        3.  The deadline for rebuttal expert reports should be extended from March 29,

18  2019, to April 26, 2019.

19        4.  The deadline for close of expert discovery should be extended from May 17,

20  2019, to June 14, 2019.

21        5.  The remainder of the Case Management Order remains unaffected by this

22  Motion, including the dates for the Hearing on Dispositive Motions, the Final Pretrial

23  Conference, and the Jury Trial.

24  ///

25  ///

26  ///

27

28

3

1    Respectfully submitted,

2

3    Dated: December 7, 2018              DICKENSON, PEATMAN & FOGARTY

4                                         By /s/ Christopher J. Passarelli
                                              Christopher J. Passarelli
5                                             Joy L. Durand

6
                                         Attorneys for Plaintiff,
7                                        Teeter-Totter, LLC

8

9    Dated: December 7, 2018              FERDINAND IP, LLC

10                                        By /s/ John F. Olsen
                                              John F. Olsen
11                                            Edmund J. Ferdinand, III

12
                                         Attorneys for Defendants,
13                                       Palm Bay International, Inc.; Palm Wine Holdings,
                                         LLC; J Vineyards & Winery, LLC; RB Wine
14                                       Associates, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          Before the Court is the Parties' Joint Administrative Motion to Extend Fact & Expert

3   Discovery Deadlines.  Having considered the parties' arguments and the papers submitted and

4   good cause having been shown, the Court GRANTS the motion as follows:

5          1.       The close of fact discovery is extended from January 31, 2019, to  March 7, 2019.

6          2.       The deadline for opening expert reports is extended from February 28, 2019, to

7   April 4, 2019.

8          3.       The deadline for rebuttal expert reports is extended from March 29, 2019, to

9   May 2, 2019.

10          4.       The deadline for close of expert discovery is extended from May 17, 2019, to

11   May 30, 2019.

12          5.       The remainder of the Case Management Order entered on March 28, 2018,

13   including all Court dates currently scheduled, remains unaffected by this Order.

14

15          **IT IS SO ORDERED.**

16

17

18   Dated: December 10, 2018                    By: _____

19                                                    Hon. Lucy H. Koh
                                                      United States District Judge

20

21

22

23

24

25

26

27

28