United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEETER-TOTTER, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PALM BAY INTERNATIONAL, INC., et al.,<br><br>          Defendants. | Case No. 17-CV-06609-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CLARIFYING CASE SCHEDULE** |

The case management conference scheduled for February 6, 2019 is hereby CONTINUED to May 1, 2019, at 2:00 p.m.  Further, the Court clarifies that the June 20, 2019 deadline in the case schedule refers to the last day for either party to file a dispositive motion and not a motion for class certification.

**IT IS SO ORDERED.**

Dated: January 31, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-06609-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CLARIFYING CASE SCHEDULE