United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEETER-TOTTER, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PALM BAY INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-06609-LHK<br><br>**ORDER DENYING MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 84 |

Fact discovery in this case closed on March 7, 2019. Although the parties state in their joint case management statement that they have not completed all depositions, the parties do not request an extension of the fact discovery deadline. ECF No. 82. However, the parties have filed a joint motion that requests an extension of the deadlines for rebuttal expert reports and for the close of expert discovery. ECF No. 84.

The Court has already extended the fact and expert discovery deadlines. ECF No. 73. Therefore, the Court DENIES the parties' joint motion to extend expert discovery deadlines. The deadline for expert rebuttal reports remains May 2, 2019 and the close of expert discovery remains May 30, 2019.

1

Case No. 17-CV-06609-LHK
ORDER DENYING MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES; CONTINUING CASE MANAGEMENT CONFERENCE

The Court also CONTINUES the May 1, 2019 case management conference to July 31, 2019.

**IT IS SO ORDERED.**

Dated: April 26, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge